EDWARD McCABE, Appellant, *v.* MARY G. McCABE, as Executrix of PETER McCABE, Deceased, Respondent.

*McCabe* v. *McCabe*, 158 App. Div. 894, affirmed.
(Argued December 2, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 25, 1913, affirming a judgment in favor of defendant entered upon the report of a referee in an action

43

to recover for merchandise alleged to have been sold and delivered.

*Patrick C. Dugan* and *Edgar T. Brackett* for appellant.

*Thomas F. McDermott* and *Andrew Vanderzee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.